UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| RONDA SPOTTEN,<br>          Plaintiff,<br><br>     v.<br><br>AETNA LIFE INSURANCE COMPANY,<br>          Defendant.<br>_____/ | No. C 13-0967 PJH<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:        August 28, 2013<br>Mediator:  Hon. Ellen James (Ret.) |

IT IS HEREBY ORDERED that the request to excuse defendant Aetna Life Insurance Company's client representative from appearing in person at the August 28, 2013, mediation before Hon. Ellen James (Ret.) is DENIED. The court finds that defendant has not adequately shown how requiring its representative to attend the mediation in person would cause her 'extraordinary or otherwise unjustifiable hardship' as set for in ADR L.R. 6-10(d). Accordingly, the request is DENIED and the representative shall attend the session in person.

IT IS SO ORDERED.

August 12, 2013              By: _____
Dated                                        Maria-Elena James
                                             United States Magistrate Judge